

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-342 AWI |
| Plaintiff, | (1:06-MG-246 LJO) |
| v. | ORDER VACATING STAY OF MAGISTRATE'S ORDER SETTING CONDITIONS OF RELEASE ON BOND |
| LUCKY BOISSIERRE, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, moved to stay the order of the Honorable Magistrate Dennis L. Beck, setting conditions of release for the above-named defendant, pending hearing on the government's motion to revoke such order. At a status hearing on the government's motion, heard on October 16, 2006, the government notified the Court that based upon additional information provided by the defendant, the government was moving to withdraw its motion.

In light of the government's withdrawal of the its motion to revoke the conditions of release, the stay of Magistrate Beck's order of release is hereby lifted and the defendant is ordered released on the terms and conditions previously ordered by Judge Beck.

DATED: October 16, 2006

Honorable Anthony W. Ishii

1