PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
LUCKY BOISIERRE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>LUCKY BOISIERRE,<br><br>      Defendant | CASE NO. 06-cr-00342-OWW<br><br>STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE<br><br>DATE:  JULY 14, 2008<br>TIME:  9:00 A.M.<br>JUDGE: OLIVER W. WANGER |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Katherine Servatius, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant, Lucky Boisierre, that the Sentencing date scheduled for July 14, 2008, be vacated and the Sentencing be continued to this court's calendar on July 28, 2008 at 9:00 a.m. This continuance is requested due to the fact that Mr. Preciliano Martinez will be out of the country on vacation.

    The court is advised that counsel have conferred about this request, that they have agreed to the July 28, 2008 date and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on her behalf.

///

///

**IT IS SO STIPULATED**

| | |
|---|---|
| DATED: July 3, 2008 | /s/ Preciliano Martinez |
| | PRECILIANO MARTINEZ |
| | Attorney for Defendant |
| | Lucky Boisierre |
| Dated: July 3, 2008 | /s/Katherine Servatius |
| | KATHERINE SERVATIUS |
| | Assistant United States Attorney |
| | Attorney for Plaintiff |

**ORDER**

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated: July 7, 2008 | /s/ OLIVER W. WANGER |
| | OLIVER W. WANGER |
| | United States District Judge |