McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
ELANA S. LANDAU
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-00342 OWW |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER OF FORFEITURE |
| LUCKY BOISIERRE, | ) | |
| Defendant. | ) | |

WHEREAS, on May 28, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreement entered into between plaintiff and defendant Lucky Boisierre forfeiting to the United States the following property:

    a.    Approximately $9,000.00 of the $18,500.00 in U.S. Currency;

AND WHEREAS, on June 11, 18, and 25, 2008, the United States published notice of the Court's Order of Forfeiture in the <u>Modesto Bee</u> (Stanislaus County), a newspaper of general circulation located in the county in which the above-listed property was seized. Said published notice advised all third parties of their right to petition the Court

within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of Lucky Boisierre.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4.  Within forty-five (45) days from entry of a Final Order of Forfeiture forfeiting the above-listed property, the United States Marshals Service shall return the following to Lucky Boisierre through his attorney Percy Martinez:

   a.  Approximately $9,500.00 of the $18,500.00 in U.S. Currency.

IT IS SO ORDERED.

**Dated:   August 6, 2008**           **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE