1  PRECILIANO MARTINEZ
   ATTORNEY AT LAW
2  State Bar No. 93253
   801 15th St, Suite F
3  Modesto, CA 95354
   (209)579-2206/ (209)579-2211 Fax
4

5  Attorney for Defendant
   LUCKY JAMAL BOISSIERE
6

FILED
AUG 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

7           IN THE UNITED STATES DISTRICT COURT
8           FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 THE UNITED STATES OF AMERICA,      )
                                       )   CASE NO. 1:06-cr-00342-OWW
11         Plaintiff,                  )
                                       )   REQUEST FOR EXONERATION
12    vs.                              )   OF BAIL AND ORDER
                                       )
13                                     )
   LUCKY JAMAL BOISSIERE,              )
14                                     )
           Defendant.                  )
15 _____

16
         On October 16, 2006, BUDDY JORDAN BOISSIERE, 4028 SHADY GLEN COURT,
17
   MODESTO, CA 95356, posted a cash bond in the amount of $50,000.00, receipt number 100
18
   204057. LUCKY JAMAL BOISSIERE was sentenced on July 28, 2008.
19
         Request is hereby made that the bail be exonerated and that the cash bond in the amount
20
   of $50,000.00 be returned to BUDDY JORDAN BOISSIERE, 4028 SHADY GLEN COURT,
21
22 MODESTO, CA 95356.
23
   Dated: 08/01/08                         Respectfully Submitted,
24
25
                                           /S/ PRECILIANO MARTINEZ
26                                         PRECILIANO MARTINEZ
27 ///
   ///
28

1

# O R D E R

IT IS HEREBY ORDERED that the bail be exonerated and the cash bond in the amount of $50,000.00 be returned to BUDDY JORDAN BOISSIERE, 4028 SHADY GLEN COURT, MODESTO, CA 95356.

Dated: 8-1-08

_____
UNITED STATES DISTRICT JUDGE